Argued and submitted April 4, affirmed April 25, 1990

In the Matter of the Compensation of
Ralph E. Moen, Claimant.
## SAIF CORPORATION et al,
*Petitioners,*

*v.*

## MOEN,
*Respondent.*
(86-15963, 87-05149; CA A61588)
789 P2d 1391

David L. Runner, Assistant Attorney General, Salem, argued the cause for petitioners. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Max Rae, Salem, argued the cause and filed the brief for respondent.

Before Graber, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

Affirmed. *Forshee & Langley Logging v. Peckham,* 100 Or App 717, 788 P2d 487 (1990).